| | |
|---|---|
| 1 | L. Bryant Jaquez, Esq.<br>CA Bar No. 252125 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP<br>1231 E. Dyer Road, Suite 100 |
| 3 | Santa Ana, CA 92705<br>(714) 481-9100 / FAX (714) 481-9144 |
| 4 | File No. 11-01851 |
| 5 | Attorneys for Secured Creditor<br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS |
| 6 | SERVICING LP, FKA COUNTRYSWIDE HOME LOANS SERVICING LP |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| 8 | In Re,<br>SUSAN LYNN HOFF, | BK No.: 11-47121 WJL |
| 9 | | Chapter 13 |
| | Debtor(s). | |
| 10 | | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYSWIDE HOME LOANS SERVICING LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

L. Bryant Jaquez, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
PH (714) 481-9100

Dated: 8/10/11                MILES, BAUER, BERGSTROM & WINTERS, LLP

                              By:    /s/ L. Bryant Jaquez
                                     L. Bryant Jaquez, Esq.
                                     Attorney for Secured Creditor

(11-01851/ndrfsn.dot/lmc)

1