The following constitutes the order of the court.
Signed December 17, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

1  Prober & Raphael, A Law Corporation
   Dean R. Prober, Esq., #106207
2  Lee S. Raphael, Esq. #180030
3  Cassandra J. Richey, Esq. #155721
   Melissa A. Vermillion, Esq. #241354
4  Joseph Garibyan, Esq. #271833
   Bonni S. Mantovani, Esq. #106353
5  Anna Landa, Esq. #276607
   Halie L. Leonard, Esq. #265111
6  P.O. Box 4365
7  Woodland Hills, CA 91365-4365
   (818) 227-0100
8  (818) 227-0101 facsimile
   cmartin@pralc.com
9  Attorneys for Movant
   Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16 Asset-
10 Backed Certificates Series 2006-16
11 N.102-923.NF-PC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Bk. No. 11-47121 |
| SUSAN LYNN HOFF, | CHAPTER 13 |
| Debtor. | R.S. No. LSR – 830 |
| | ORDER FOR RELIEF FROM <u>AUTOMATIC STAY</u> |
| | Hearing-<br>Date : December 10, 2014<br>Time : 9:30 A.M.<br>Place : U.S. Bankruptcy Court<br>   1300 Clay Street, 2nd Floor<br>   Oakland, CA<br>   Courtroom 220 |

The Motion for Relief from Automatic Stay of Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16, its assignees and/or successors in interest, came on for hearing on December 10, 2014

-1-

at 9:30 A.M., before the Honorable William Lafferty. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **4343 Heartwood Lane, Myrtle Beach, South Carolina 29579** and legally described as follows:

> All and singular, that certain piece, parcel or lot of land, together with improvements thereon, situate, lying and being Conway Township, Horry County, South Carolina, and being more particularly shown and designated as Lot 147, Phase III, on a map entitled, "Walkers Woods PUD, PHASE III, Conway Township, Horry County, South Carolina, Final Plat Prepared for: Beazer Homes Corp." dated June 14, 2005, last revised July 26, 2005, and recorded on August 5, 2005 in Plat Book 207 at Pages 32, plat in incorporated herein and made a part and parcel hereof.
>
> This is the identical property conveyed unto Mortgagor(s) herein by Deed of Beazer Homes Corp. dated June 22, 2006, and recorded simultaneously herewith in the office of the Register of Deed for Horry County, South Carolina.

pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but

may not pursue any deficiency claim against the Debtor or property of the estate, except by filing a Proof of Claim pursuant to 11 U.S.C. §501.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

## COURT SERVICE LIST

**ALL PARTIES SERVED VIA ELECTRONIC NOTICE.**